FILED
2009 Oct-06 PM 12:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **GONZOLO MENDINA VASQUEZ,** ) | |
| **MARSELLA ALVIREZ RODRIQUES,** ) | |
| individually, and as next friend and ) | |
| wife of Gonzolo Medina Vasquez, et al., ) | |
| ) | |
|     **Plaintiffs,** ) | |
| ) | |
| v. ) | **CASE NO: 5:06-CV-04660-RRA** |
| ) | |
| **JAYRO ARCINDO PINEDA-GARCIA;** ) | |
| **HUGO CAMPO; TRANSPORTES LOS** ) | |
| **NORTENOS, d/b/a BUS LINES,** ) | |
| **NATIONAL INDEMNITY COMPANY** ) | |
| **OF THE SOUTH, et al.,** ) | |
| ) | |
|     **Defendants.** ) | |

## MEMORANDUM OPINION

The case is currently before the court on the Motion for Summary Judgment filed by Defendant Imperial Insurance and Realty Company ("Imperial"). (Doc. #56). On August 11, 2009, the magistrate judge recommended that the motion be granted and that Defendant Imperial be dismissed with prejudice. The time for objections to that recommendation has now expired and no objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and his recommendation is **ACCEPTED**. The court **EXPRESSLY FINDS** that there are no genuine issues of material fact and that Defendant Imperial is entitled to judgment as a matter of law. Accordingly, Defendant Imperial's motion for summary judgment is

due to be granted and Defendant Imperial is due to be dismissed with prejudice. An appropriate order will be entered.

      **DONE** and **ORDERED** this   6th   day of October, 2009.

                                          **R. DAVID PROCTOR**
                                          UNITED STATES DISTRICT JUDGE